MAAS & WALDSTEIN COMPANY, respondent,

*v.*

HENRY V. WALKER et al., appellants.

[Decided February 6th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. Pitney, Hardin & Skinner,* for the respondent.

*Messrs. McCarter & English,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *100 N. J. Eq. 224.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   15.